IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 22-cv-02720-CNS-NRN | Date: February 9, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TORI PLENTY HOOPS<br>**Plaintiff**<br><br>v.<br><br>JONATHAN ROLFF<br>TIM NORTON<br>COUNTY OF ELBERT<br>**Defendants** | *Lisa Moses*<br><br><br><br>*Michael Lowe*<br>*William O'Donnell III* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  10:02 a.m.

Appearance of counsel.

Discussion held on Defendant Rolff and answer or other response to the complaint.

Argument as to [11] Amended Motion to Dismiss Defendants Tim Norton and County of Elbert given by Mr. O'Donnell and Ms. Moses with questions from the Court.

Plaintiff withdraws the claim as to Defendant Tim Norton in his individual capacity and the claim against the County of Elbert.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[11] Amended Motion to Dismiss Defendants Tim Norton and County of Elbert is GRANTED.**

       **The claim against the County of Elbert is DISMISSED with prejudice.**

**ORDERED:**  **The claim against Defendant Tim Norton in his individual capacity and in his official capacity are both DISMISSED.**

**Plaintiff is granted leave to file an amended complaint within fourteen (14) days to cure deficiencies as outlined on the record.**

Court in Recess:  10:49 a.m.          Hearing concluded.          Total time in Court:  00:47